UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>-against-<br><br>PEDRO GONZALEZ,<br><br>               Defendant. | 03 Cr. 1310 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Defendant Pedro Gonzalez's pro se motion for a reduction of his sentence pursuant to Section 404 of the First Step Act.  (See dkt. no. 163.)  The Government shall file any opposition to that motion within thirty days of the date hereof.  After the Government files any opposition, Mr. Gonzalez shall have fourteen days to reply.

    The Clerk of the Court is respectfully directed to mail a copy of this order to Mr. Gonzalez.

**SO ORDERED.**

Dated:    New York, New York
           July 30, 2020

                                      _____
                                      LORETTA A. PRESKA
                                      Senior United States District Judge