UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff<br><br>      -against-<br><br>PEDRO GONZALEZ,<br><br>            Defendant. | 03 Cr. 1310 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Defendant filed his pro se motion for a reduction of his sentence pursuant to Section 404 of the First Step Act on July 29, 2020 (dkt. no. 163).  The Government was ordered to respond within 30 days, and Defendant to reply within 14 days thereof.  (Dkt no. 164).  To the extent the Government wishes to respond to Defendant's motion, it shall do so no later than March 12, 2021.  Thereafter, the motion shall be considered sub judice.

    The Clerk of the Court shall mail a copy of this order to Defendant.

    **SO ORDERED.**

Dated:    New York, New York
          February 26, 2021

*Loretta A. Preska*
_____
LORETTA A. PRESKA
Senior United States District Judge

1