UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>  -against-<br><br>PEDRO GONZALEZ,<br><br>    Defendant. | 03 Cr. 1310 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

  The Court is in receipt of Defendant's motion, pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), for compassionate release (see dkt. no. 169).

  The Government shall file any opposition to Mr. Gonzalez's motion no later than July 7, 2021.  Mr. Gonzalez may file any reply no later than July 20, 2021.

  **SO ORDERED.**

Dated: New York, New York
    June 15, 2021

              *Loretta A. Preska*
              LORETTA A. PRESKA
              Senior United States District Judge