UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-against-

PEDRO GONZALEZ,

            Defendant.

---

No. 03 CR 1310 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Pedro Gonzalez's letter [dkt. no. 182] requesting the status of his motion for a sentence reduction pursuant to Section 404 of the First Step Act [dkt. no. 163]. The Government was twice ordered to respond within 30 days but did not do so. [See dkt. nos. 164, 167.] Accordingly, the matter was considered sub judice after March 12, 2021. [See dkt. no. 167.] However, because Mr. Gonzalez supplemented his motion on February 24, 2023 [dkt. no. 181], the Government is afforded a final opportunity to respond.

    To the extent that the Government wishes to respond to Mr. Gonzalez's motions [dkt. nos. 163, 181], the Government shall do so by no later than March 22, 2024. Mr. Gonzalez shall file any reply by April 5, 2024. Thereafter, the motion will be considered sub judice.

    The Clerk of the Court is directed to mail a copy of this Order to Mr. Gonzalez.

**SO ORDERED.**

Dated:     February 22, 2024
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge